FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

-----------

# ORDER

-----------

The following appeals were originally submitted to the court without oral argument. On its own motion, the court orders these causes to be removed from their present submission dates and panels. The Clerk of this court will reset these causes for submission without oral argument on August 1, 2014, before the following panels:

| | | |
|---|---|---|
| 2-12-549-CR | Perez<br>v.<br>State | Chief Justice Livingston and Justices McCoy and Meier |
| 2-13-036-CV | Walters<br>v.<br>MTC | Chief Justice Livingston and Justices Walker and McCoy |
| 2-13-071-CR | Hopkins<br>v.<br>State | Justices McCoy, Meier, and Gabriel |
| 2-13-133-CV | Jones<br>v.<br>Jones | Justices Dauphinot, McCoy, and Meier |

FILE COPY

These panels are subject to change by the court.  *See* Tex. R. App. P. 39.8.

DATED July 10, 2014.

PER CURIAM